**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1566**

---

JESSIE W. DICKERSON,

                                    Plaintiff - Appellant,

        versus

KINGSTON METALS SOUTH CORPORATION,

                                    Defendant - Appellee.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., District
Judge.  (CA-95-1722-3-17BD)

---

Submitted:  August 14, 1997        Decided:  August 20, 1997

---

Before NIEMEYER, Circuit Judge, and BUTZNER and PHILLIPS, Senior
Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jessie W. Dickerson, Appellant Pro Se. Richard James Morgan, Bernie
Wellington Ellis, MCNAIR LAW FIRM, P.A., Columbia, South Carolina,
for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting the Defendant's motion for summary judgment in Appellant's employment discrimination action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Dickerson v. Kingston Metals South Corp.</u>, No. CA-95-1722-3-17BD (D.S.C. Mar. 10, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2